## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **AMNERYS ANNETTE RIVERA**<br><br>          **Plaintiff,**<br>     v.<br><br>**JOSEPH SHARP, CHOICE COMMUNICATIONS, L.L.C., and ATLANTIC TELE-NETWORK, INC. (ATN),**<br><br>          **Defendants.** | 2008-CV-0020 |

**TO:**   Lee J. Rohn, Esq.
        Charles E. Engeman, Esq.

### ORDER

THIS MATTER came before the Court upon Plaintiff's Notice of Withdrawal of Request For Entry of Default (Docket No. 27).  However, said Notice was filed after the Clerk of Court entered default against Defendant Joseph Sharp.  Based upon said notice, the Court will vacate such entry of default.

Accordingly, it is now hereby **ORDERED** that the Entry of Default (Docket No. 26) entered September 5, 2008, against Defendant Joseph Sharp is **VACATED**.

                                        ENTER:

Dated: September 22, 2008                    /s/
                                        ─────────────────────
                                        GEORGE W. CANNON, JR.
                                        U.S. MAGISTRATE JUDGE