**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **AMNERYS ANNETTE RIVERA**<br><br>                         **Plaintiff,**<br>    v.<br><br>**JOSEPH SHARP, CHOICE COMMUNICATIONS, L.L.C., and ATLANTIC TELE-NETWORK, INC. (ATN),**<br><br>                         **Defendants.** | **1:08-cv-20** |

TO:    Lee J. Rohn, Esq.
         Charles E. Engeman, Esq.

**ORDER DENYING MOTION TO COMPEL**

THIS MATTER came before the Court upon Plaintiff's Emergency Motion to Compel Deposition of Defendant and Its Witnesses (Docket No. 58).[1] The time for filing a response has expired.

In view of the Court's Order (Docket No. 61), entered May 29, 2009, granting Plaintiff's Motion to Extend Discovery Deadlines, by which the time for completing all factual discovery, including fact witness depositions, was extended to July 31, 2009, the

---

1. The complaint names three (3) Defendants. However, Plaintiff refers to "Defendant" and "Defendant's" and "its" in the singular throughout her motion. Thus, even if the Court were inclined to grant the motion, it would not know whose deposition(s) Plaintiff seeks.

*Rivera v. Sharp*
1:08-cv-20
Order Denying Plaintiff's Emergency Motion to Compel
Page 2

Court finds it unnecessary to order the depositions sought by Plaintiff within the "next two (2) weeks."

In addition, the Court notes that the motion said was filed in violation of Local Rule of Civil Procedure 37.2 and could be denied on that basis, as well.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Emergency Motion to Compel Deposition of Defendant and Its Witnesses (Docket No. 58) is **DENIED**.

                                                  ENTER:

Dated: June 9, 2009                             /s/ George W. Cannon, Jr.
                                                  GEORGE W. CANNON, JR.
                                                  U.S. MAGISTRATE JUDGE